UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID ANDERSON, *et al.*, *on behalf of themselves and all others similarly situated*,

                Plaintiffs,

v.

THE HUDSON NATIONAL GOLF CLUB, INC., *et al.*,

                Defendants.

No. 23-CV-522 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    Defendants' Motion to Dismiss has been fully briefed since December 12, 2023. On January 9, 2024, Judge Seibel issued an oral ruling in *Hopkins v. Wykagyl Country Club*, No. 22-CV-10399 (S.D.N.Y.)—another wage and overtime case brought by golf caddies against a golf course. (*See* Dkt. No. 34 (22-CV-10399 Dkt.).) To date, no Party has brought Judge Seibel's decision to the Court's attention.

    Accordingly, the Court directs the Parties to submit supplemental briefs discussing the implications, if any, of Judge Seibel's decision in *Wykagyl* on this case and, in particular, on Defendants' Motion to Dismiss. The Parties' submissions shall be no longer than 10 pages long and are due by no later than July 22, 2024. There will be no extensions.

SO ORDERED.

Dated:    June 20, 2024
            White Plains, New York

                                                  KENNETH M. KARAS
                                                  United States District Judge