# SACCO & FILLAS LLP

31-19 Newtown Ave., 7th Floor  
Astoria, New York 11102

Phone: 718-269-1627  
gkalender@SaccoFillas.com

October 31, 2024

**VIA ECF**  
HON. KENNETH M. KARAS  
UNITED STATES DISTRICT COURT  
UNITED STATES COURTHOUSE  
300 QUARROPAS STREET, CHAMBERS 533  
WHITE PLAINS, NY 10601-4150

    Re:  *David Anderson et al. v. The Hudson National Golf Club, Inc. et al*  
    Case No. 23-cv-522(KMK)

Dear Judge Karas:

I represent the Plaintiffs in the above-referenced matter. I write on behalf of both Parties to jointly request an extension of time for the Parties to file their case management plan. The case management plan is due tomorrow, November 1, 2024, however Parties request this deadline be extended by two weeks to November 14, 2024.

Parties seek this additional time as Plaintiffs intend to seek to amend the Amended Complaint and have requested that Defendants consent to such an amendment. Five previous extensions of time have been sought, all of which have been granted. The Parties are in agreement that an extension of time is sought with the goal of conserving judicial resources, rather than filing a case management plan and then amending it shortly thereafter.

Accordingly, the Parties also respectfully stipulate that the deadline for Defendants to file their Answer to Plaintiffs' Amended Complaint is extended by two weeks from November 8, 2024, to November 22, 2024, with the Court's permission.

Thank you for Your Honor's attention to this matter.

Granted, but this is the last extension.

So Ordered.  
10/31/24

Respectfully submitted,

By: /s/ *Geoffrey Kalender*  
   Geoffrey Kalender, Esq.

   /s/ *Adam S. Gross*  
  Adam S. Gross, Esq.