# JacksonLewis

Jackson Lewis P.C.
44 S. Broadway, 14th Floor
White Plains, NY 10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

September 15, 2025

**VIA ECF**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street—Chambers 533
White Plains, New York 10601

> **Re:    David Anderson et al v. The Hudson National**
> **Golf Club, Inc., et al.**
> **Case No. 7:23-cv-00522-KMK**

Dear Judge Karas:

We represent Defendants, The Hudson National Golf Club, Inc., Theron C. Harvey, Richard Hardin, and Kevin McConaughy ("Defendants") in connection with the above referenced matter. Together, with Plaintiffs, the Parties request an adjournment of the telephonic status conference scheduled for tomorrow, September 16, 2025, until after December 5, 2025, which is the Court ordered date for the end of discovery. (Dkt. No. 81). Discovery is proceeding before Magistrate Reznik and the Parties have recently submitted a status update to Magistrate Reznik on September 5, 2025. (Dkt. Nos. 87, 88).

We thank the Court in advance for its consideration.

Granted. The 9/16/25 conference is adjourned to 12/ 10 /25, at 10:30 via teleconference
So Ordered.
9/15/25

Respectfully submitted,

JACKSON LEWIS P.C.

/s/ Adam S. Gross
Adam S. Gross

4936-5749-5145, v. 1