

**MEMO ENDORSED**

**Sacco & Fillas, LLP**
**Attorneys at Law**

February 3, 2026

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

**VIA ECF**
Hon. Victoria Reznik
United States Magistrate Judge
United States District Court
Southern District of New York

Re: *Anderson v. The Hudson National Golf Club, Inc., et al.,* No. 7:23-cv-00522-KMK-VR
— Joint Request to Adjourn Feb. 6, 2026 Discovery Conference (ECF No. 108)

Dear Judge Reznik:

We represent Plaintiff in the above-referenced action. We write jointly with Defendants' counsel to respectfully request that the Court adjourn the telephonic discovery conference currently scheduled for February 6, 2026 at 11:00 a.m. (ECF No. 108).

Undersigned counsel will be out of the country on February 6, 2026 and will be unable to access the conference. Defendants' counsel has advised that February 9 or February 10, 2026 would be acceptable dates for rescheduling (and that counsel will be unavailable from February 13 through February 18, 2026). Accordingly, the parties respectfully request that the Court reschedule the discovery conference to February 9 or February 10, 2026, at the Court's earliest convenience.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Clifford Tucker*
Clifford Tucker, Esq.

The parties' request is **GRANTED**. The telephonic discovery conference is hereby rescheduled to **February 10, 2026 at 12:00 pm**. The telephone dial-in information remains the same (*see* ECF No. 108). The Clerk of Court is kindly requested to close the gavel on ECF No. 109.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
Dated: 2/4/2026

Tonino Sacco*
Elias N. Fillas
———
Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz
———
Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Jennifer A. Fleming
Ronald B. Groman
Madeline Howard
Zachary S. Kaplan
James Y. Kim*
Eric Lopez
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Leopold Raic
Philip R Reid*
Bryan Schenkman
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
William W. Walis
Michael S. Warycha
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

**Main Office**
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

**Bayside Office**
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**Manhattan Office**
32 Broadway
Suite 1818
New York, NY 10004

**New Jersey Office**
2160 North Central Road
Suite 306
Fort Lee, NJ 07024