

**Sacco & Fillas, LLP**
**Attorneys at Law**

April 21, 2026

**VIA ECF**

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
———
Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz
———
Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Jennifer A. Fleming
Ronald B. Groman
Madeline Howard
Zachary S. Kaplan
James Y. Kim*
Eric Lopez
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Leopold Raic
Philip R Reid*
Bryan Schenkman
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
William W. Walis
Michael S. Warycha
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted
in New Jersey

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Anderson v. The Hudson National Golf Club, Inc. et al.*, No. 7:23-cv-00522-KMK-VR

Dear Judge Karas:

We write jointly on behalf of Plaintiff and Defendants following the case management conference held before Your Honor on April 8, 2026.

At the conference, the Parties advised the Court that they mutually agreed to pursue mediation, and the Court directed the Parties to submit a proposed letter request for the Court to so-order that agreement. The Parties are currently working together to select a mediator and a mediation date, which will be dictated by mediator availability. Accordingly, the Parties respectfully request that they provide a status letter to the Court within thirty (30) days which provides the Court with the confirmed details of the anticipated mediation, including the date it will take place.

The Parties further respectfully propose that, following the mediation, they shall file a joint status letter apprising the Court of the outcome of the mediation and proposing next steps in the event the matter does not resolve. The Parties propose to file that joint status letter within seven (7) days after the mediation is completed.

We thank the Court for its consideration.

Respectfully submitted,

/s/ *Clifford Tucker*
Clifford Tucker, Esq.
Sacco & Fillas LLP
*Attorney for Plaintiffs*

/s/ *Adam S. Gross*
Adam S. Gross. Esq.,
Jackson Lewis P.C.
*Attorneys for Defendants*

Both requests are granted.

So Ordered.

4/21/26

Main Office
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Bayside Office
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

Manhattan Office
32 Broadway
Suite 1818
New York, NY 10004

New Jersey Office
2160 North Central Road
Suite 306
Fort Lee, NJ 07024